

CHIEF FINANCIAL OFFICER
JIMMY PATRONIS
STATE OF FLORIDA



*18-000218531*

---

RAMONA LEIVA

PLAINTIFF(S)

VS.

INTEGON NATIONAL INSURANCE COMPANY

DEFENDANT(S)

_____/

SUMMONS, COMPLAINT, DISCOVERY

CASE #:      2018-023500-CA-01
COURT:       CIRCUIT COURT
COUNTY:      MIAMI-DADE
DFS-SOP #:  18-000218531

# NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by PROCESS SERVER on Wednesday, September 12, 2018 and a copy was forwarded by ELECTRONIC DELIVERY on Friday, September 14, 2018 to the designated agent for the named entity as shown below.

       INTEGON NATIONAL INSURANCE COMPANY
       SALLY HALL
       MAIL CODE 1A04 PO BOX 3199
       WINSTON-SALEM, NC 27102

**\*Our office will only serve the initial process(Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent fillings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080**

Jimmy Patronis

Jimmy Patronis
Chief Financial Officer

JENNIFER ESPINET-PORTELL
13301 SW 132 AVE, SUITE 108
MIAMI, FL 33186

DR1

Filing# 75276091 E-Filed 07/20/2018 01:20:24 PM

T184099

**IN THE CIRCUIT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR** 2018 SEP 12 PM 6:
**MIAMI-DADE COUNTY, FLORIDA**

GENERAL JURISDICTION DIVISION

**RAMONA LEIVA,**                                    CASE NO. 2018-023500-CA-01

    Plaintiff,

    9/12/18 @ 3:45 pm

v.

    CC #256

**INTEGON NATIONAL INSURANCE COMPANY,**

    Defendant,

. . . . . . . . . . . . . . . .                         /                **SUMMONS**

THE STATE OF FLORIDA:
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:
GREETINGS:

    **YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint or Petition and Interrogatories in the above styled cause upon the Defendant:

**INTEGON NATIONAL INSURANCE COMPANY**
**c/o Florida Chief Financial Officer as RA**
**200 East Gaines Street**
**Tallahassee, FL 32399-4201**

Each Defendant is hereby required to serve written defenses to said Complaint or Petition on Plaintiff's attorney, whose name and address is:

**Jennifer Espinet-Portell, Esq., 13301 SW 132 AVE, Suite 108, Miami, FL 331816**

within twenty (20) days after service of this Summons upon that Defendant, exclusive of the day or service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiffs attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

<u>**IMPORTANT**</u>

A lawsuit has been filed against you. You have 20 calendar days after this **summons** is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

RECEIVED AS STATUTORY REGISTERED AGENT
on 12 September, 2018 and served on defendant or named party on 14 September, 2018
by the Florida Department of Financial Services

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

### IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les serices immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un serice de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette fonnalite, faire parenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiffs Attorney" (Plaignant ou a son avocat) nonune ci-dessous.

7/26/2018

**WITNESS** my hand and the seal of the Court on - - - - - - - - -                 2018.

HARVEY RUVIN,
Clerk of Court

By: _____
       DEPUTY CLERK

(COURT SEAL)

2

IN THE CIRCUIT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

**RAMONA LEIVA,**                                       CASE NO.

  Plaintiff,

v.

**INTEGON NATIONAL INSURANCE COMPANY,**

  Defendant,

_____/

### COMPLAINT

 **COMES NOW**, Plaintiff, **RAMONA LEIVA** (Hereinafter referred to as the "**INSURED**"), hereby sues Defendant, **INTEGON NATIONAL INSURANCE COMPANY**, (Hereinafter referred to as the "**INSURANCE COMPANY**"), and alleges as follows:

### PARTIES, JURISDICTION AND VENUE

1. This is an action for damages that exceeds Fifteen Thousand and 00/100 Dollars ($15,000.00), exclusive of interest, costs and attorney's fees and equitable relief by way of a Declaratory Judgment action.

2. The insured is a corporation who at all times material hereto has existed in Miami-Dade County, Florida.

3. The Insurance Company is a governmental entity qualified to do business in Florida and has, at all times material hereto, been conducting business in Miami-Dade County, Florida.

4. Venue is proper in Miami-Dade County, Florida because the contract which forms the subject matter of this lawsuit, was executed in Miami-Dade County, Florida.

5. All conditions precedent to the filing of this lawsuit have occurred, have been waived or have been performed.

## GENERAL ALLEGATIONS

6. At all times material hereto, in consideration of a premium paid by the Insured, there was in full force and effect a certain insurance policy issued by the Insurance Company with **Policy Number** of **Q1066364** (Hereinafter referred to as the "**POLICY**").

7. The insured, after diligent search, and expending all efforts to locate a copy of the Policy has not been able to do so. However, the Defendant has a copy of the Insurance Policy in its possession, custody, and control; as such, the Insured will file a copy of the Policy after the same is provided by the Defendant.

8. Accordingly, under the terms of the Policy, the Insurance Company agreed to provide insurance coverage to the Insured's properties against certain losses.

9. The damaged property covered under said Policy are located at

   3670 SW 139th Place, Miami, Florida 33175, USA

   Hereinafter collectively referred to as (The "**Property**").

10. All terms of the Policy Q1066364 are incorporated herein.

11. On or about September 10, 2017 while the Policy was in full force and effect, the Properties sustained a covered loss as a result of Hurricane Irma.

12. The Defendant, being provided timely notice of the loss, assigned claim numbers for all properties

13. Nevertheless, the Defendant has never responded to the Insured nor visited any of the properties.   However, the Insured has emailed, and left numerous messages to the Adjuster of the Insurance Company and has not received any response.

14. As of the date of the filing of this lawsuit, the Insurance Company has failed to: (i) acknowledge that payment would be forthcoming: and/or (ii) make any payment of insurance proceeds to the Insured.   As a result of the foregoing, the Insurance Company has breached the Policy.

15. The Insured has suffered and continues to suffer damages resulting from Insurance Company's breach of the Policy.

2

16. The Insured has been obligated to retain the undersigned attorneys for the prosecution of this action and is entitled to a reasonable attorney's fee pursuant to Florida Statute Section §627.428.

## COUNT 1
## BREACH OF CONTRACT

17. The Insured reincorporates paragraphs 1 through 16 as if fully set forth herein.

18. It is undisputed that the Insured and the Insurance Company entered into a written contract, the Policy, wherein the Insured agreed to pay a premium and the Insurance Company agreed to insure the Insured's Property.

19. The Insured has paid all premiums due and owing as contemplated by the Policy; thus, fully performing her obligations under the Policy.

20. The Insured's Properties sustained damage which the Insurance Company agreed to provide coverage for under the terms of the Policy.

21. Furthermore, at all times material hereto, the Insured has satisfied all post-loss obligations to the best of her ability in accordance with the Policy.

22. In contrast, the Insurance Company has failed to: (i) acknowledge coverage for the Loss; and/or (ii) acknowledge that payment would be forthcoming; and/or (iii) make any payment of insurance proceeds to the Insured. As a result of the foregoing, the Insurance Company has breached the Policy.

23. As a direct and proximate result of the Insurance Company's breach of the Policy, the Insured sustained damages.

## COUNT 2
## DECLARATORY JUDGEMENT

24. The Insured reincorporates paragraphs 1 through 16 as if fully set forth herein.

25. There is a bona fide, actual, present, adverse, and practical need for this Court to render a declaration as to whether the Policy issued by Insurer to Insured provides coverage to Insured for Loss.

26. There is doubt between the Insured and Insurer regarding coverage of the Loss which affects the rights and/or privileges of the Parties.

27. This declaration deals with an absence from the Insurance Company regarding the insurance coverage available to Insured for the Loss and the responsibility from the Insurance Company to the Insured.

28. By filing this declaratory judgement action, the Insured is not requesting that the Court merely provide legal advice or answer questions propounded from curiosity.

29. Based upon the foregoing, the Insured is entitled to a declaratory judgement, holding that coverage does exist for the Loss; thus requiring the Insurance Company to adhere to their responsibility to the Insured and repair the Properties.

30. Pursuant to Section §86.081, Florida Statutes, the Insured is entitled to costs.

### JURY TRIAL DEMAND

Plaintiff hereby demands a trial by jury on all issues so triable.

**WHEREFORE**, the Insured respectfully seeks the entry of a declaratory judgement against the Insurer holding that the Loss is covered under the Policy, plus costs and attorney fees for bringing this action and such other relief as the Court deems just and proper.

Dated this 11 day of July, 2018.

Respectfully submitted,

**JENNIFER ESPINET-PORTELL**
Jeportell@jplawfirm.org
13301 S.W. 132nd Avenue
Miami, Florida 33186
Tel: (305) 359-3812

*/s/Jennifer Espinet-Portell*
**JENNIFER ESPINET-PORTELL, ESQ.**
FLA BAR NO. 112703

4